**2003–1298.   In re Williams.**
Geauga App. Nos. 2003–G–2498 and 2003–G–2499, 2003-Ohio-3550. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay of the Eleventh District Court of Appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

O'CONNOR, J., dissents.

**2003–1325.   State v. Hand.**
Delaware C.P. No. 02CRI08366. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Delaware County. Upon consideration of appellant's motion for stay of execution pending disposition of his appeal by this court,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted.

**2003–1331.   Amore v. Grange Ins. Co.**
Richland App. No. 02CA70, 2003-Ohio-3207. This cause is pending before the court as a discretionary appeal. Upon consideration of the motion of appellant Grange Mutual Insurance Company for leave to file a memorandum in response to Continental's memorandum in support,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and that appellant Grange Mutual Insurance Company's memorandum in response is due 30 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2003–1037.   State ex rel. Columbia–Csa/Hs Greater Canton Area Sys. v. Indus. Comm.**
Franklin App. No. 02AP–703, 2003-Ohio-2189. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.